CORT FILM CORPORATION, Appellant, v. AUTHORS FILM COMPANY, INC., Respondent. — Order affirmed, with ten dollars costs and disburse-

ments. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.; Dowling, J., dissented.